Nicholas Vassallo
United States Attorney
Jeremy A. Gross (WY Bar # 7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jeremy.gross@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 10 2024
10:33 am
Margaret Botkins, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

IN RE: 38 FIREARMS and ASSORTED AMMUNITION.

Miscellaneous No.: 24-MC-148-SWS

---

### UNITED STATES' STIPULATED MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE

---

The United States of America, by and through Assistant United States Attorney Jeremy A. Gross, and pursuant to 18 U.S.C. § 983(a)(3)(A), moves this Court to extent the time in which the United States is required to file a civil forfeiture action from May 14, 2024, to July 15, 2024. In support of this motion, the United States provides the following:

1. On November 21, 2023, Special Agents with the Department of Alcohol, Tobacco, Firearms, and Explosives (ATF) served three federal search warrants at 13 Valley Rd. Sheridan, WY 82801. Both Randall Kane and Noreen Scroggin resided at the property and were subject to the search, though no arrest was made. ATF conducted the search as part of an investigation into Randall Kane's possession of firearms despite a previous Federal felony conviction.

2. During the search, ATF agents seized 38 firearms and hundreds of pounds of ammunition. A list of those seized assets is attached as Exhibit 1.

3. Subsequent to the seizure, the ATF initiated administrative forfeiture proceedings against the assets listed in Exhibit 1.

4. Noreen Scroggin timely filed a claim to six of the assets on February 14, 2024.

5. Randall Kane timely filed an administrative claim to the remaining sixty assets listed in Exhibit 1 on February 14, 2024.

6. Based on the filing of these claims, and pursuant to 28 CFR § 8.10, the ATF forwarded the claim to the United States Attorney's Office for the District of Wyoming on February 26, 2024.

7. Pursuant to 18 U.S.C. § 983(a)(3)(A)–(C), the United States is required to file a civil complaint for forfeiture against the subject assets or obtain an indictment alleging that the property is subject to forfeiture no later than 90 days after a claim has been filed. In this case, the United States has until May 14, 2024, to file a complaint or indict.

8. However, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court "may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

9. Noreen Scroggin and Randall Kane are currently both represented by Jason M. Tangeman with Nicholas & Tangeman, LLC. Undersigned contacted Mr. Tangeman, who indicates that his clients consent to a 60 day extension of the deadline to file a civil complaint.

10. Additionally, the United States has reason to believe that other claimants may assert claims to the seized assets. Accordingly, the additional time requested under this motion will give the United States an opportunity to consider other potential claims and to attempt to resolve the matter without further Court intervention.

WHEREFORE, the United States respectfully requests that the time in which the United States is required to file a complaint against the assets listed in Exhibit 1 is extended to July 15, 2024.

Respectfully submitted this 10th day of May 2024.

NICHOLAS VASSALLO  
United States Attorney

By: _/s/ Jeremy A. Gross_  
JEREMY A. GROSS  
Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified on the 10th day of April 2024, a true and correct copy of the foregoing Notice of Forfeiture was served upon the following, by U.S. Mail:

Randall Kane  
13 Valley Road  
Sheridan, WY 82801

Noreen Scroggin  
13 Valley Road  
Sheridan, WY 82072

Nicholas & Tangeman, LLC  
Attn: Jason Tangeman  
2021 Fox Court  
Laramie, WY 82072

/s/ Kebin Haller  
United States Attorney's Office