# EXHIBIT 1

The following is a list of assets seized by the Department of Alcohol, Tobacco, Firearms, and Explosives on November 21, 2023, from Randall Kane and Noreen Scroggins at 13 Valley Rd., Sheridan, WY 82801:

a. 24-ATF-003326 - PTR Industries Inc (PTR-91 Inc) Unknown Rifle CAL: Unknown SN: None

b. 24-ATF-003335 - Harrington & Richardson-JJE-H&R, LLC Topper Revolver CAL: 22 SN: 171564

c. 24-ATF-003336 - Israel Weapon Ind-IWI (Israel Military Ind-IMI) Desert Eagle Pistol CAL: 45 SN 42300237

d. 24-ATF-003338 - Taurus Raging Bull Revolver CAL: 454 SN: RA613886

e. 24-ATF-003341 - Smith & Wesson 1006 Pistol CAL: 10 SN: TEW1444

f. 24-ATF-003342 - Sako Unknown Rifle CAL: Unknown SN: 211960

g. 24-ATF-003343 - Winchester 70 XTR Sporter Rifle CAL: 300 SN: Gl825334

h. 24-ATF-003344 - Browning BLR Rifle CAL: 243 SN: S4368K57

i. 24-ATF-003345 - Marlin Firearms Co. 336 Rifle CAL: 30-30 SN: 18038683

j. 24-ATF-003346 - Unknown Unknown Shotgun Receiver/Frame CAL: Unknown SN: 07187N

k. 24-ATF-003347 - Ruger M77 Rifle CAL: 223 SN: 78450503

l. 24-ATF-003348 - Parker-Hale Unknown Rifle CAL: Unknown SN: R38853

m. 24-ATF-003349 - Ruger 10/22 Rifle CAL: 22 SN: 11911442

n. 24-ATF-003350 - Ruger 10/22 Rifle CAL: 22 SN: 24990023

o. 24-ATF-003351 - Winchester 70 Rifle CAL: 22-250 SN: G1192001

p. 24-ATF-003353 - Colt AR-15A2 Gov Carbine Rifle CAL: 223 SN: GC005733

q. 24-ATF-003356 - Ruger 77/22 Rifle CAL: 22 SN: 70139559

r. 24-ATF-003360 - Voere Voehrenbach Unknown Rifle CAL: Unknown SN: 557428

s. 24-ATF-003368 - Browning BPS Shotgun CAL: 12 SN: 01881RR112

t. 24-ATF-003370 - Marlin Firearms Co 1895M Rifle CAL: 450 SN: 00052550

u. 24-ATF-003396 - Colt AR-15A2 Hbar Sporter Rifle CAL: 223 SN: 247238

v. 24-ATF-003397 - Winchester 1894 Rifle CAL: 32 SN: 424354

w. 24-ATF-003398 - Mossberg 500 Shotgun CAL: 12 SN: J822665

x. 24-ATF-003399 - Ruger 22/45 MK II Target Pistol CAL: 22 SN: 21616581

y. 24-ATF-003400 - Mossberg 500 Shotgun CAL: 12 SN: J084908

z. 24-ATF-003401 - Winchester 101 XTR Shotgun CAL: 12 SN: K470940E

aa. 24-ATF-003402 - Springfield Armory, Geneseo, IL Unknown Rifle CAL: Unknown SN: 22322

bb. 24-ATF-003403 - Winchester 94 Rifle CAL: 44 SN: 6022006

cc. 24-ATF-003404 - Ithaca Gun Co Unknown Shotgun CAL: Unknown SN: 390880

dd. 24-ATF-003405 - Marlin Firearms Co 990DU Rifle CAL: 22 SN: 10393343

ee. 24-ATF-003406 - Winchester 97 Shotgun CAL: 12 SN: 152330

ff. 24-ATF-003407 - Remington Arms Company, Inc Unknown Shotgun CAL: Unknown SN: 6

gg. 24-ATF-003408 - Winchester 70 Rifle CAL: 300 SN: 22247

hh. 24-ATF-003409 - Smith & Wesson 29 Revolver CAL: 44 SN: Sl96044

ii. 24-ATF-003410 - Browning Gold Shotgun CAL: 10 SN: 02411NWR91

jj. 24-ATF-003411 - Colt Woodsman Pistol CAL: 22 SN: 41400S

kk. 24-ATF-003412 - Ithaca Gun Co 37 Featherlight Shotgun CAL: 12 SN: 40DU0805

ll. 24-ATF-003413 - Ruger Blackhawk Revolver CAL: 357 SN: 14780

mm. 24-ATF-003414 - 19 Rounds PPU Ammunition CAL: 308

nn. 24-ATF-003415 - 102 Rounds CCI Ammunition CAL: 22

oo. 24-ATF-003416 - 24 Rounds Assorted Ammunition CAL: 10

pp. 24-ATF-003417 - 5 Rounds Assorted Ammunition CAL: 454

qq. 24-ATF-003419 - 145 Rounds Assorted Ammunition CAL: Multi

rr. 24-ATF-003420 - 160 Rounds Assorted Ammunition CAL: Multi

ss. 24-ATF-003422 - 16 Pounds Assorted Ammunition CAL: Multi

tt. 24-ATF-003423 - 19 Pounds Assorted Ammunition CAL: Multi

uu. 24-ATF-003424 - 10 Pounds Assorted Ammunition CAL: Multi

vv. 24-ATF-003425 - 17.5 Pounds Assorted Ammunition CAL: Multi

ww. 24-ATF-003426 - 11.5 Pounds Assorted Ammunition CAL: Multi

xx. 24-ATF-003427 - 22 Pounds Assorted Ammunition CAL: Multi

yy. 24-ATF-003428 - 21.5 Pounds Assorted Ammunition CAL: Multi

zz. 24-ATF-003446 - 19 Pounds Assorted Ammunition CAL: Multi

aaa. 24-ATF-003450 - 22.5 Pounds Assorted Ammunition CAL: Multi

bbb. 24-ATF-003451 - 14 Pounds Assorted Ammunition CAL: Multi

ccc. 24-ATF-003452 - 40 Pounds Assorted Ammunition CAL: Multi

ddd. 24-ATF-003453 - 38 Pounds Assorted Ammunition CAL: Multi

eee. 24-ATF-003454 - 97.5 Pounds Assorted Ammunition CAL: Multi

fff. 24-ATF-003456 - 28.5 Pounds Assorted Ammunition CAL: Multi

ggg. 24-ATF-003457 - 51.5 Pounds Assorted Ammunition CAL: Multi

hhh.  24-ATF-003458 - 65.5 Pounds Assorted Ammunition CAL: Multi

iii.  24-ATF-003459 - 21 Rounds Assorted Ammunition CAL: 17

jjj.  24-ATF-003460 - 8 Rounds Assorted Ammunition CAL: 10

kkk.  24-ATF-003461 - 3 Rounds Assorted Ammunition CAL: 223

lll.  24-ATF-003462 - 15 Rounds Assorted Ammunition CAL: 45

mmm. 24-ATF-003463 - 6 Rounds Assorted Ammunition CAL: 17

nnn.  24-ATF-003464 - 3 Rounds Other Ammunition CAL: 300[1]

---

[1] The administrative notice of assets ss through hhh mistakenly listed those quantities of ammunition as "rounds" rather than "pounds." The list presented here correctly identifies those assets that were individually counted rounds of ammunition and those that were weighed in bulk (pounds).