Eric Heimann
Acting United States Attorney
Jeremy A. Gross (WY Bar # 7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jeremy.gross@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: 38 FIREARMS and ASSORTED AMMUNITION. | Miscellaneous No.: 24-MC-148-SWS |

## UNITED STATES' NOTICE REGARDING CIVIL FORFEITURE

The United States of America, by and through Assistant United States Attorney Jeremy A. Gross, and pursuant to 18 U.S.C. § 983(a)(3)(A) & (B), informs this Court that the United States will not be proceeding with civil forfeiture of the assets involved in this matter (*See* Doc 1-1 for a list of assets). In support of this Notice the United States provides the following:

1. On November 21, 2023, Special Agents with the Department of Alcohol, Tobacco, Firearms, and Explosives (ATF) served three federal search warrants at 13 Valley Rd. Sheridan, WY 82801. Both Randall Kane and Noreen Scroggin resided at the property and were subject to the search, though no arrest was made. ATF conducted the search as part of an investigation into Randall Kane's possession of firearms despite a previous Federal felony conviction.

2. During the search, ATF agents seized 38 firearms and hundreds of pounds of ammunition. (Docs. 1, 1-1).

3. Subsequent to the seizure, the ATF initiated administrative forfeiture proceedings against the assets listed in Doc 1-1.

4. On February 14, 2024, Noreen Scroggin filed a claim to six of the assets listed in Doc 1-1.

5. On February 14, 2024, Randall Kane filed an administrative claim to the remaining sixty assets listed in Doc 1-1.

6. On April 27, 2024, ATF received a claim from Phillip Kane for twenty of the firearms listed in Doc 1-1.

7. On May 1, 2024, ATF received a claim from Julie Kane for two of the firearms listed in Doc 1-1.

8. Based on the filing of these claims, and pursuant to 28 CFR § 8.10, the ATF forwarded the claims to the United States Attorney's Office for the District of Wyoming.

9. Pursuant to 18 U.S.C. § 983(a)(3)(A)–(C), the United States is required to file a civil complaint for forfeiture against the subject assets or obtain an indictment alleging that the property is subject to forfeiture no later than 90 days after a claim has been filed. In this case, the United States originally had until May 14, 2024, to file a complaint or indict.

10. Since May of 2024, the United States has obtained multiple extensions of its filing deadline pursuant to 18 U.S.C. § 983(a)(3)(A). These extensions have allowed for further development of the case and discussion with the parties involved.

11. After a full investigation and careful consideration, the United States has elected not to proceed further with civil forfeiture of the assets listed in Doc. 1-1.

Respectfully submitted this 18th day of November 2024.

Eric Heimann
Acting United States Attorney

By: _____
Jeremy A. Gross
Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified on the 18th day of November 2024, a true and correct copy of the foregoing Third Stipulated Motion for Extension of Time to File Complaint for Forfeiture was served upon the following, by U.S. Mail:

Randall Kane
13 Valley Road
Sheridan, WY 82801

Phillip Kane
316 Highway 335
Sheridan, WY 82801

Noreen Scroggin
13 Valley Road
Sheridan, WY 82072

Julie Kane
1526 S. Mountain View Dr.
Sheridan, WY 82801

Nicholas & Tangeman, LLC
Attn: Jason Tangeman
2021 Fox Court
Laramie, WY 82072

/s/ Kebin Haller
United States Attorney's Office
